

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-MJ-521 |
| JOSE PABLO MORALES (01) a/k/a "Pablo" | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Beginning in or before December 1, 2014, and continuing until on or about August 9, 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Jose Pablo Morales**, also known as Pablo, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

I, Special Agent B. Finney, affiant, under oath, duly state that I am a Special Agent with the Drug Enforcement Administration (DEA), assigned to the Fort Worth District Office in the Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information in the case.:

1. In 2014, Agents and Officers with the DEA Fort Worth District Office, the Department of Homeland Security (DHS), the Bureau of Alcohol Tobacco Firearms and Explosives (ATF), and the Texas Department of Public Safety (DPS) began investigating the methamphetamine-trafficking activities of Nichole Cynthia Herrera (Herrera) and others.

Criminal Complaint - Page 1 of 3

2. On June 22, 2015, during a proffer interview, a cooperating defendant (CD1) informed Agents/Officers that one of CD1's methamphetamine supply sources was **Pablo** LNU, later identified as **Jose Pablo Morales**. During the interview, CD1 said that on March 19, 2015, CD1 picked up around nine (9) ounces of methamphetamine from **Jose Pablo Morales** that CD1 intended to deliver to one of CD1's customers. But before that occurred, Fort Worth police arrested CD1 with about nine (9) ounces of methamphetamine.

3. On June 30, 2016, Agents/Officers with the Dallas Police Department and the DEA arrested Nichole Cynthia Herrera (Herrera) on a Federal Arrest Warrant for conspiring to traffic in methamphetamine. At that time, Agents seized two cell phones from Herrera. On July 13, 2016, pursuant to a Federal Search Warrant, Agents/Officers retrieved the digital information from a cell phone seized from Herrera at her arrest. The cell phone information includes multiple text messages between Herrera and a number that belongs to **Jose Pablo Morales**. In one text-message conversation that is dated April 22, 2016, Herrera received a text message from **Jose Pablo Morales** that says, "Load west dallas up to tell 4500 for da half." I believe that in this message **Jose Pablo Morales** is informing Herrera that he will supply Herrera's customer, known as "West Dallas," with a half-kilogram of methamphetamine for $4,500. In another text-message conversation dated May 22, 2016, Herrera sends a message to **Jose Pablo Morales** that says, "I put money for 1 and quarter in same place im go drop 3 off." I believe that in this message Herrera is informing **Jose Pablo Morales** that she put the money for one-and-a-quarter-ounce of methamphetamine in a predetermined location and that she was about to deliver three ounces of methamphetamine to one of her customers.

4. In a recorded call on July 1, 2016, between Herrera, who is in custody at Parker County jail, and who I believe is **Jose Pablo Morales**, they discuss Herrera's pending criminal case, and **Jose Pablo Morales** is heard telling Herrera, "I'm trickin, I'm fuckin takin care of business out her for you man." Herrera responds, "That's good. You're supposed to man. I went Fed for you." This seems to get **Jose Pablo Morales** very agitated and he tells Herrera, "Shut up." Herrera responds, "Isn't that crazy? That's crazy." And **Jose Pablo Herrera**, again in an apparent agitated voice, tells Herrera, "Shut the fuck up man."

Based upon the above facts and circumstances, I believe there is probable cause to believe that **Jose Pablo Morales** along with others known and unknown, did knowingly and intentionally conspire to traffic in methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846.

B. Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 11:31 am/pm, this 9th day of August, 2016, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

**Criminal Complaint - Page 3 of 3**