ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2016 SEP 27  PM 12: 45
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CASE NO. 4:16-CR-213-A |
| § | |
| JOSE PABLO MORALES § | |

### ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as **retained** counsel for the above-named defendant in this cause.

I understand it is my duty to continue to represent the named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in the Court; to assist him with any appeal he desires to perfect, and to represent him on appeal until a final verdict has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

I am aware that in all cases, an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. I have read and am familiar with Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated 9/26/16

Robert Jenkins
Texas Bar No. 24011980
2001 Bryan Street
Suite 1905
Dallas, Texas 75201
214-953-1919
214.880-0409 Fax
rojlaw@gmail.com