IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 20

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JOSE PABLO MORALES (02)

No. 4:16-CR-213-A

## WAIVER OF INDICTMENT

I, Jose Pablo Morales, the above named defendant, who is accused in the Information with the felony offense of Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 2̶0̶ 21 day of Oct, 2016.

_____
JOSE PABLO MORALES
Defendant

_____
ROBERT JENKINS
Attorney for Defendant

Affirmed in open Court this 21 day of Oct, 2016.

_____
JOHN McBRYDE
United States District Judge