# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:16-CR-213-A  DEFT NO.02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| | § | |
| v. | § | |
| | § | |
| JOSE PABLO MORALES | § | ROBERT O. JENKINS, RETAINED |
| Defendant's Name | | Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: March 3, 2017
Hearing Type:  ☐ Sentencing Hearing - Contested  ✔ Sentencing Hearing - Non-Evidentiary
Time in Court: 14 mins.
Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ✔ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes  ☐ No

✔ .. Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _480_ months.
✔ .. Deft. placed on: Supervised Released for 4 years.
☐ .. Restitution ordered in the amount of $_____ and/or ☐ Fine imposed in the amount of $_____.
☐ .. Count(s) _____ dismissed on government's motion.
✔ .. Order dismissing Fourth Superseding Indictment filed September 7, 2016 to be entered upon government's oral motion.
✔ .. $100.00 special assessment on Count(s) _1_ of Superseding Information filed October 6, 2016.

☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked.
✔ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
MAR - 3 2017
CLERK ... COURT
By _____
Deputy

OTHER PROCEEDINGS/INFORMATION: